IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BROWN, #204 318, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CASE NO. 1:19-CV-603-RAH-CSC ) |
| RANDALL BECKMAN, et al., | ) ) |
| Defendant. | ) |

## **O R D E R**

On February 9, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 29. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 18th day of March, 2022.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE